UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                 :
SARAH GOETZE, *on behalf of herself and all*  :
*others similarly situated*,                             :

                                    Plaintiff,    :         23-CV-9136 (VSB)

                    -against-                :         **ORDER**

MARIST COLLEGE,                                 :

                                  Defendant.  :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On December 12, 2023, I directed Defendant Marist College ("Marist") to respond to Plaintiff's complaint by December 17, 2023.  (Doc. 11.)  To date, Marist has not complied with my order.  Accordingly, it is hereby:

       ORDERED that Marist shall respond to Plaintiff's complaint by December 22, 2023. If Marist fails to comply with this Order and Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 29, 2023.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 18, 2023
              New York, New York

                                                                          VERNON S. BRODERICK
                                                                          United States District Judge