UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SARAH GOETZE, *on behalf of herself and all others similarly situated,* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIST COLLEGE, )<br>)<br>Defendant. )<br> | Case No. 1:23-cv-09136-VSB<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S PENDING MOTION TO DISMISS** |

---

Plaintiff Sarah Goetze ("Plaintiff"), by and through her undersigned counsel, hereby submits Judge Oetken's recent decision denying Barnard College's almost identical 12(c) motion in *Coccaro v. Barnard College*, No. 23-CV-3809 (JPO), 2024 WL 196524 (S.D.N.Y. Jan. 18, 2024), attached hereto as **Exhibit A.** Plaintiff could not have previously cited the decision because it was issued after her Opposition to Defendant's Motion to Dismiss (ECF No. 19) was filed. Plaintiff respectfully submits that Judge Oetken's well-reasoned opinion supports the denial of Defendant's pending Motion to Dismiss (ECF No. 14).

Dated: January 22, 2024

Respectfully submitted,

*/s/ Nicholas A. Colella*
Gary F. Lynch
Nicholas A. Colella (*admitted pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Email: gary@lcllp.com
          nickc@lcllp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on January 22, 2024, a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Nicholas A. Colella*
Nicholas A. Colella
