UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOETZE, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>  v.<br><br>MARIST COLLEGE,<br><br>             Defendant. | Case No.: 1:23-cv-09136-VSB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff SARAH GOETZE and Defendant MARIST COLLEGE, stipulate and agree to voluntary dismissal of this action without prejudice with each side bearing their own fees, costs, and expenses.

Dated: Carle Place, NY
   January 9, 2025

_____
Michael A Tompkins, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, N.Y. 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com

Nicholas A. Colella*
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
nickc@lcllp.com
*Admitted Pro Hac Vice

*Counsel for Plaintiff*

Dated: Syracuse NY
   Jan. 9, 2025

  */s/ Suzanne M. Messer*[1]
Suzanne M. Messer
**BOND SCHONECK KING**
One Lincoln Center
Syracuse NY 13202-1355
315.218.8628
smesser@bsk.com

*Counsel for Defendant*

---

[1] Authorization to use Defendant's counsel's electronic signature was provided via email on Jan. 9, 2025 at 10:33 a.m.

1